
FILED
2022 Jun-24  PM 05:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# STATE COURT FILE

ELECTRONICALLY FILED
4/20/2022 2:10 PM
01-CV-2022-901159.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-2022-901159.00<br><br>Date of Filing:     Judge Code:<br>04/20/2022 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### RACHEL KELLI WASHINGTON ET AL v. BRUSSELL PAUL WILLIAM ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☐ Business  ☑ Individual
☐ Government  ☐ Other  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ QTLB - Quiet Title Land Bank
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☑ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING      A ☐ APPEAL FROM      O ☐ OTHER
DISTRICT COURT

R ☐ REMANDED      T ☐ TRANSFERRED FROM
OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

IFE001                    4/20/2022 2:10:42 PM              /s/ ANTHONY CHUMA IFEDIBA
_____          _____          _____
                              Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☑ NO

ELECTRONICALLY FILED
4/20/2022 2:10 PM
01-CV-2022-901159.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | |
|---|---|
| **RACHEL KELLI WANSHINGTON;** | ) |
| **JAMES PRATER, III; and JAMES** | ) |
| **PRATER, III as Guardian and Next** | ) |
| **Friend of JAMES PRATER, IV, Minor,** | ) |
| | ) **CV:** _____ |
| **Plaintiffs,** | ) |
| | ) |
| **V.** | ) |
| | ) |

**BRUSSELL PAUL WILLIAM, an Individual; MK TRUCKING, INC., a Corporation; No. 1, whether singular or plural, the driver of the motor vehicle which collided in the side of the motor vehicle being driven by the plaintiff and/or whose negligence or wantonness caused the plaintiffs injury on the occasion made the basis of this suit; No. 2, whether singular or plural, the owner of the motor vehicle which collided in the side of the motor vehicle being driven by the plaintiff on the occasion made the basis of this suit; No. 3, whether singular or plural, that lessee or lessor of the motor vehicle which collided in the side of the motor vehicle being driven by the plaintiff on the occasion made basis of this suit; No. 4, whether singular or plural, that entity or those entities who or which afforded any insurance coverage to either the driver, owner, lessee or the lessor of the motor vehicle(s) involved in the occurrence made the basis of this lawsuit; No. 5, whether singular or plural, that entity or those entities who or which provided maintenance and upkeep on the motor vehicle involved in the occurrence made the basis of this lawsuit; No. 6, whether singular or plural, that entity or those entities who or which did any repair work on the motor vehicle involved in the occurrence made the basis of this lawsuit; No. 7, whether singular or plural, that entity or those entities who or which manufactured, and/or distributed the motor vehicle involved in the occurrence made the basis of this lawsuit; No. 8, whether singular or plural, that entity or those entities who or which were the master or principle of the driver of the motor vehicle involved in the occurrence made the basis of this lawsuit; No. 9, whether singular or plural, that entity or those entities for whom the driver of the motor vehicle which collided in the side of the motor vehicle being driven by the plaintiff, was performing some type of service or employment duty at the time of the occurrence made the basis of this lawsuit; No. 10, whether singular or plural, that entity or those entities who or which negligently entrusted the motor vehicle involved in the occurrence made the basis of this law suit; No. 11, whether singular or plural, that entity or those entities on whose behalf the vehicle  involved in the occurrence made the basis of this lawsuit was being operated at the time of the said occurrence; No 12, whether singular or plural, that entity or those entities who or which was responsible for the condition or state of repair of the vehicle involved in the occurrence made the basis of this lawsuit; No. 13, whether singular or plural, that entity or those entities, that individual or those individuals, who or which repaired, altered, or maintained the vehicle involved in the occurrence made the basis of this**

lawsuit; No. 14, whether singular or plural, that entity or those entities who or which issued or had a duty to issue warnings or instructions regarding the use or operating of the motor vehicle involved in the occurrence made the basis of this lawsuit, any component part there of or any attendant equipment used or available for use therewith; No. 15, whether singular or plural, that entity or those entities who or which tested, inspected, approved, or issued any approval of the vehicle involved in the occurrence made the basis of this lawsuit, any component part thereof or any attendant equipment used or available for use therewith; No. 16, whether singular or plural, that entity or those entities who or which had supervisory authority relating to the maintenance, operation, or to the selection, training and hiring of the driver of the vehicle involved in the occurrence made the basis of this lawsuit; No. 17, whether singular or plural, that entity or those entities who or which issued any policy of insurance which provided coverage for plaintiff's injuries received on the occasion made the basis of this lawsuit (including but not limited to uninsured/underinsured motorist coverage); No. 18, whether singular or plural, that entity or those entities who or which provided any insurance coverage for the motor vehicle involved in the occurrence made the basis of this lawsuit, for the driver of the motor vehicle or for any of the fictitious parties defendant listed or described herein; No. 19, whether singular or plural, that entity or those entities other than those entities described above whose breach of contract or warranty contributed to cause the occurrence made the basis of this lawsuit; No. 20, whether singular or plural, that entity or those entities other than those described above which is the successor in interest of any of those entities described above; No. 21, whether singular or plural, that entity or those entities other than those described above which was the predecessor corporation of any of those entities described above. Plaintiff avers that the identities of the fictitious party defendants are otherwise unknown to the plaintiff at this time or if their names are known to the plaintiff at this time, their identities as proper party defendants are not known to plaintiff at this time but their true names will be substituted by amendment when ascertained.

**DEFENDANTS.**

## **COMPLAINT**

COME NOW the Plaintiffs, RACHEL KELLI WANSHINGTON, an individual; JAMES PRATER, III, an individual and JAMES PRATER, III, an Individual and as guardian and next friend of JAMES PRATER, IV, a minor; in the above styled cause by and through their attorney of record and file this Complaint against RUSSELL PAUL WILLIAM and MK TRUCKING, INC., as follows:

1.      Plaintiffs, Rachel Kelli Washington and James Prater, III are over the age of

nineteen (19) years and are now, and have been at all times material to this lawsuit, residents of Jefferson County in the State of Alabama.

2.      Upon information and belief, the Defendant, Russell Paul William, is over the age of nineteen (19) years and was at all times material to this lawsuit a resident of Meridian, Lauderdale County in the State of Mississippi.

3.      MK Trucking, Inc., is corporation, and is now, and has been at all times material to this lawsuit doing business in the State of Alabama.

4.      Plaintiffs claim compensatory and punitive damages of the Defendants, whether named or fictitious, both jointly and severally.   Said fictitious Defendants are more clearly described within the style of the said Complaint, said style being incorporated by reference as if fully set out herein.

5.      On or about November 14, 2021, the Plaintiff, Rachel Kelli Washington was operating her motor vehicle on north bound direction on I-59 at or near Red Oak Road, in the City of Birmingham, Jefferson County, in the State of Alabama; operating a 2010 Kia Forte LX, with VIN number KNAFT4A20A5253958. At the said time and place, Plaintiff was traveling on the outside lane of I-59; and James Prater, III and James Prater, IV were passengers in the Plaintiff's motor vehicle.

6.      At the same time and place the Defendant, Russell Paul William was traveling on the inside lane of I-59 north beside the Plaintiff's motor vehicle; and was attempting to merge onto the outside lane travelled by the Plaintiffs. Defendant did merge onto the Plaintiffs' Lane of travel and onto the Plaintiffs' motor vehicle. Said Defendant was operating a Tractor Trailer owned by MK Trucking, Inc., a 2021 Kenworth Truck with VIN number 1XKYDP9X2MJ443769.

7.     Defendant was operating his above-described motor vehicle carelessly and heedlessly in negligent, willful and/or wanton manner without regard for the rights and safety of persons and property, and/or without due caution and circumspection or in a manner so as to endanger or be likely to endanger person or property, failed to slow down, maintain his lane, failed to keep a proper look out, and/or yield right of way to other vehicles properly using the road, merged over to the lane travelled by the Plaintiffs and allowed his motor vehicle to collide onto the Plaintiff's motor vehicle.

### COUNT I:
### NEGLIGENCE

8.     The Plaintiff hereby adopts and incorporates by reference all material allegations contained in paragraphs 1 through 7 of the Plaintiff's Complaint, as well as the style of said Complaint, as if fully set forth herein.

9.     On or about November 14, 2021, in Jefferson County in the State of Alabama, Defendant, operated his above-described motor vehicle carelessly and heedlessly in negligent, willful and/or wanton manner without regard for the rights and safety of other persons and property, and/or without due caution and circumspection or in a manner so as to endanger or be likely to endanger person or property, failed to slow down, failed maintain his lane, failed to keep a proper look out, and/or yield right of way to other vehicles properly using the road, merged over to the lane travelled by the Plaintiffs and allowed his motor vehicle to collide onto the Plaintiff's motor vehicle.

10.    As a direct and proximate consequence of Defendant's negligent conduct, as described hereinabove, the Plaintiff suffered the following injuries and damages:

> Rachel Kelli Washington, James Prater, III and James Prater, IV were caused to be knocked, shocked, strained, sprained, bruised and contused in and about their bodies, they were caused to be temporarily or permanently

4

injured, they were caused to seek medical attention to remedy and cure their injuries, they were caused to expend sums of money in treatment of their injuries, they were caused to suffer emotional distress and mental anguish due to the negligent conduct of the named defendant, Russell Paul William and MK Trucking, Inc.

WHEREFORE, the Plaintiffs, claim of these defendants, whether named or fictitious, a sum of money as compensatory damages, both jointly and severally, in an amount which a struck jury deems to be reasonable and appropriate under the facts and circumstances as set forth above, plus interest and costs, and any further relief which this Court deems just and proper.

### COUNT II:
### WILLFUL AND WANTON CONDUCT

11.    The Plaintiff hereby adopts and incorporates by reference all material allegations contained in paragraphs 1 through 10 of the Plaintiff's Complaint, as well as the style of said Complaint, as if fully set forth herein.

12.    On or about November 14, 2021, in Jefferson County in the State of Alabama, Defendant, operated his above-described motor vehicles in a reckless, willful and wanton manner, failing to adhere to the rules of the road, traveling at an excessive rate of speed, failed to slow down, failed maintain his lane, failed to keep a proper look out, and/or yield right of way to other vehicles properly using the road, merged over to the lane travelled by the Plaintiffs and allowed his motor vehicle to collide onto the Plaintiff's motor vehicle.

13.    As a direct and proximate consequence of Defendant's willful and wanton and /or reckless conduct, as described hereinabove, the Plaintiff suffered the following injuries and damages:

Rachel Kelli Washington, James Prater, III and James Prater, IV were caused to be knocked, shocked, strained, sprained, bruised and contused in and about their bodies, they were caused to be temporarily or permanently injured, they were caused to seek medical attention to remedy and cure their injuries, they were caused to expend sums of money in treatment of their injuries, they were caused to suffer emotional distress and mental anguish due to the negligent conduct of the named defendant, Russell Paul William and MK Trucking, Inc..

WHEREFORE, the Plaintiffs, claim of these defendants, whether named or fictitious, a sum of money as punitive damages, both jointly and severally, in an amount which a struck jury deems to be reasonable and appropriate under the facts and circumstances as set forth above, plus interest and costs, and any further relief which this Court deems just and proper.

**COUNT THREE**
**NEGLIGENT AND/OR WANTON HIRING, TRAINING, SUPERVISION AND RETENTION AGAINST MK TRUCKING, INC.**

14.    The Plaintiff hereby adopts and incorporates by reference all material allegations contained in paragraphs 1 through 13 of the Plaintiff's Complaint, as well as the style of said Complaint, as if fully set forth herein.

15.    The Plaintiffs allege that on said date and time of the occurrence made the basis of this complaint, corporate defendant, MK Trucking, Inc., negligently and/or wantonly hired, trained, supervised, retained Russell Paul William to operate its tractor trailer without proper training and supervision and with the knowledge that Russell Paul William was not qualified and not properly trained to operate defendant's motor vehicle, traveling from Mississippi to Alabama to Alabama in a safe and reasonable manner.

16.    The Plaintiffs allege that on said date and time of the occurrence made the basis of this complaint, co-defendant, MK Trucking, Inc., negligently and/or wantonly allowed

said Russell Paul William to travel to Alabama to pick up and/or deliver products on their behalf, with the knowledge that Russell Paul William, was an incompetent driver who at the time of this accident was not properly trained, not properly supervised, was improperly retained and was not competent to operate said tractor trailer in a safe and reasonable manner.

17.    The Plaintiffs allege that defendants knew or should have known that Russell Paul William, at all times, material hereto had a propensity to operate said vehicle in a reckless and unsafe manner. Defendants knew or should have known that Russell Paul William was an incompetent driver and also Defendant knew or should have known that hiring Russell Paul William,  to operate a motor vehicle from Mississippi to Alabama, without requisite knowledge, qualification,  proper/adequate training and supervision will result in harm and injuries to other motorists or passengers like the Plaintiffs and whereas, said negligent and/or wanton hiring, lack of adequate training, negligent retention, and inadequate supervision did result in harm and injuries to the Plaintiffs as stated and described in this complaint.

18.    As a direct and proximate consequence of the aforesaid negligent and/or wanton hiring, training, retention, supervision combined with the negligent and/or wanton/reckless conduct and driving of Russell Paul William, the Plaintiff suffered the following injuries and damages:

> Rachel Kelli Washington, James Prater, III and James Prater, IV were caused to be knocked, shocked, strained, sprained, bruised and contused in and about their bodies, they were caused to be temporarily or permanently injured, they were caused to seek medical attention to remedy and cure their injuries, they were caused to expend sums of money in treatment of their injuries, they were caused to suffer emotional distress and mental anguish due to the negligent conduct of the named defendant, Russell Paul William and MK Trucking, Inc..

WHEREFORE premises considered, the Plaintiffs claims of these Defendants, whether named or fictitious, a sum of money as punitive damages, both jointly and severally, in an amount which a struck jury deems to be reasonable and appropriate under the facts and circumstances as set forth above, plus interest and costs, and any further relief which this Court deems just and proper.

## COUNT V
## FICTITIOUS PARTIES' COMPLAINT

19.     The Plaintiffs hereby adopt and incorporate by reference all material allegations contained in paragraphs 1 through 18 of the Plaintiffs Complaint, as well as the style of said Complaint, as if fully set forth against fictitious parties 1 through 17 herein.

WHEREFORE premises considered, the Plaintiffs, claim of these Defendants, whether named or fictitious, a sum of money as punitive damages, both jointly and severally, in an amount which a struck jury deems to be reasonable and appropriate under the facts and circumstances as set forth above, plus interest and costs, and any further relief which this Court deems just and proper.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY STRUCK JURY.**

/s/ Anthony Ifediba
Anthony C. Ifediba (IFE-001)
Attorney for Plaintiff

OF COUNSEL:
Ifediba Law Group, LLC.
1220 16th Street South
Birmingham, AL 35205
PH: (205) 933-1515
FAX: (205) 933-5959

**PLEASE SERVE THE DEFFENDANTS BY CERTIFIED U.S. MAIL:**

Russell Paul William
10887 Highway 494
Meridian Mississippi 39305

MK Trucking, Inc.
517 W North Street, Suite C
Pass Christian Mississippi 39571

ELECTRONICALLY FILED
4/20/2022 2:10 PM
01-CV-2022-901159.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | |
|---|---|
| **RACHEL KELLI WANSHINGTON;** | ) |
| **JAMES PRATER, III; and JAMES** | ) |
| **PRATER, III as Guardian and Next** | ) |
| **Friend of JAMES PRATER, IV, Minor,** | ) |
| | ) **CV:** _____ |
| **Plaintiffs,** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **BRUSSELL PAUL WILLIAM,** | ) |
| **MK TRUCKING, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION
## TO DEFENDANTS, BRUSSELL PAUL WILLIAM

COMES NOW the Plaintiffs, by and through counsel, and pursuant to the Alabama Rules of Civil Procedure propound the following requests for production on defendants to produce either jointly or separately for inspection and copying of the following documents and things within 45 days from the date of service of summons and complaint in accordance with Alabama Rules of Civil Procedure, to wit:

A.      **Document/Documents/Things**: - Shall mean all documents subject to discovery under Alabama Rules of  Civil Procedure, and shall include without limitation, every original and non identical copy of each and every paper, document [including blind copies] letter, telegram, teletype, telex, telecopy, facsimile transmission, drawing, picture, photographs, negative, slide, movie,   film, visual or audio transcription or record, memorandum, sketch, charter, report note [including, but not limited to, notes used to prepare any letter, memorandum, report, or other document as herein defined], contract, agreement, change order, form, work sheet, memorandum or tape recording of telephone conversation or other conversation, witness [including but not limited to potential witness] statement, transcript, memorandum pertaining to witness recording, sound recording transcription, engineering study, architectural plan, layouts, cross-section, plan, expert analysis, computer printout, diary, journal ledger, inspection reports, sweep sheets, report of  investigation and/or inspection, magnetic storage medium, brochure, manuals, book, microfilm, tape, video tape, exhibit, attachment, draft, certificate, table, testimony, transcript of testimony, affidavit, printed and readable material, and any other means of storage and/or transmission of human intelligence.

B.      INCIDENT OR ACCIDENT:Refers to the motor vehicle accident which occurred on November 14, 2021 investigated and reported by Birmingham Police in Alabama Uniform Accident Report 2021-00225015.

C.      If any information called for by an Interrogatory is withheld because you or your attorney claimed such information is contained in a privileged document, for each such document state the following:

    I.      the date and type (e.g., letter, memorandum, tape, video, etc);
    II.     The author of such information;
    III.    To whom such information is addressed;
    IV.     All copy addresses;
    V.      all other persons whom have received, copied or otherwise been permitted to see all or part of the original or any copy thereof;
    VI.     The description of the subject matter discussed, described, referred to therein;
    VII.    The specific reasons whey you claim such information or thing is privilege; and
    VIII.   The name and address or its present custodian

## REQUESTS FOR PRODUCTION:

1.      Please produce a copy of any incident or investigative reports completed in conjunction with the said motor vehicle collision involving defendant's vehicle. If no incident or investigative reports were completed in reference to this matter, provide a copy of a report ordinarily completed under similar circumstances.
RESPONSE:

2.      Copies of any and all statements, whether written statements, oral statements or typed transcriptions of oral statements, of the Defendant, including statements of any co-defendants or any agent, servant and/or employee of any co-defendant on said motor vehicle collision.
RESPONSE:

3.      Any and all reports or other writings submitted to the defendants or to the defendants' counsel by any person or expert relating to the motor vehicle collision made the subject of plaintiff's complaint;
RESPONSE:

4.      Any and all photographs, video tapes, exhibits, drawings or any other documents which are in this defendant's possession and in anyway related to this motor vehicle collision made the subject of plaintiff's complaint.
RESPONSE:

5.      Copies of any and all statements, whether written statements, oral statements or

typed transcriptions of oral statements made by the defendant or anyone claiming to be acting on behalf of the defendant to anyone relating to the said motor vehicle collision.
RESPONSE:

6.      Copies of any and all statements, whether written statements, oral statements or typed transcriptions of oral statements, of any witnesses or any persons having any knowledge whatsoever of the motor vehicle collision made the subject of plaintiff's complaint, including statements of any co-defendants or any agent, servant and/or employee of any co-defendant;
RESPONSE:

7.      Copies of any photographs or videotapes of the scene of the collision, photographs or video tapes of defendants' vehicle taken at the scene of the accident and taken at any time after the said collision before any repairs or alterations were made to the subject motor vehicle.
RESPONSE:

8.      Copies of any and all rules, regulations, guidelines, or other authoritative materials upon which you have consulted or intend to rely upon in the defense of this case;
RESPONSE:

9.      Copies of any records or documents reflecting any traffic charge or violation that Defendant has ever had as a private driver.
RESPONSE:

10.     A copy of all medical records for any treatment or evaluation Defendant received at any time following the accident made the subject of this lawsuit.
RESPONSE:

11.     Please provide a certified declaration page, along with the insurance policy, umbrella insurance policy, excess insurance policy regarding any insurance coverage(s) identified in effect at the time of the occurrence made the basis of this complaint.
RESPONSE:

12.     Any photographs, video tape recordings, diagrams of any survey of the scene of the accident taken at any time after the collision which is the subject of this lawsuit.
RESPONSE:

13.     Any documents prepared by accident reconstruction experts or any other person investigating the collision which is the subject of his lawsuit.
RESPONSE:

14.    Any and all cellular telephone number and the name of the courier of the said cellular telephone number(s), being used or owned at the time of the collision made the basis of the lawsuit.
RESPONSE:

15.    Any and all detailed cellular telephone records for the month of November 14, 2021 to November 14, 2021 of the said cellular telephone number, being used or owned at the time of the collision made the basis of the lawsuit.
RESPONSE:

/s/ Anthony Ifediba
Anthony Ifediba (IFE-001)
Attorney for the Plaintiff

OF COUNSEL:

Ifediba Law Group, LLC.
1220 16th Street South
Birmingham, AL 35205
PH: (205) 933-1515
FAX: (205) 933-5959

## TO BE SERVED ALONG WITH SUMMONS & COMPLAINT

ELECTRONICALLY FILED
4/20/2022 2:10 PM
01-CV-2022-901159.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | |
|---|---|
| **RACHEL KELLI WANSHINGTON;** | ) |
| **JAMES PRATER, III; and JAMES** | ) |
| **PRATER, III as Guardian and Next** | ) |
| **Friend of JAMES PRATER, IV, Minor,** | ) |
| | ) **CV: _____** |
| **Plaintiffs,** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **BRUSSELL PAUL WILLIAM,** | ) |
| **MK TRUCKING, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFFS' FIRST INTERROGATORIES
## TO DEFENDANT, BRUSSELL PAUL WILLIAM

COMES NOW the Plaintiffs in the above-styled cause, and requests that the Defendant answer the following interrogatories within the time required by the *Alabama Rules of Civil Procedure*. In addition, Plaintiffs requests that the Defendant attach a copy of each and every document referred to in any of the interrogatories or in the Defendant's answers thereto.

NOTE A: These interrogatories shall be deemed continuing so as to require supplemental answers upon receipt of additional information by the Defendant or the Defendant's attorney subsequent to the original responses. Any such supplemental answers are to be filed and served upon counsel for Plaintiff within thirty (30) days from receipt of such additional information but not later than the first day of the trial of this case.

## INTERROGATORIES

1. Please state your full name, present address, date of birth, social security number, driver's license number, and the name and address of your employer.

2. State your employment history for the last ten (10) years, including job title and employer's address.

3. List all the moving violations for which you have been cited in the past ten (10) years giving the date(s), location(s), type of citation(s), and the disposition of same.

4.      State if you have ever had a driver's license suspension or revocation for any reason and if so, list the date(s), location(s), and reason(s) for each suspension or revocation.

5.      Describe completely and in detail the vehicle driven by you on the occasion of the collision made the basis of this suit, stating in your answer the owner of said motor vehicle on the date of the occurrence, the driver of said vehicle on date of the occurrence, and the make, model, year and body style of said motor vehicle.

6.      Describe the overall working condition of the vehicle you were driving prior to the collision.

7.      If the driver of said vehicle was performing a mission, errand or duty for anyone whatsoever, state the nature of same and give the name and address of the person or entity for whom said mission, errand or duty was being performed.

8.      Describe the location of said occurrence specifically and in detail with reference to the contour of the land, the grade or curve of the road, the traffic controls or signs located at or near the scene, and any physical structures located within 200 feet of the point of impact.

9.      State any and all cellular telephone number and the name of the courier of the said cellular telephone number, being used or owned at the time of the collision made the basis of the lawsuit.

10.    Please state specifically and in exact detail when you first saw the Plaintiff's vehicle and where the vehicle was located the first time you saw it.

11.    Describe each and every action you believe was made by the Plaintiff, which you allege to have contributed to cause the collision made the basis of the suit.

12.    If you or any of the occupants of your vehicle were intoxicated or under the influence of drugs at the time or prior to said collision, give the full name and address of each person who was under the influence.

13.    According to your best judgment, state the speed of the vehicle being driven or owned by you prior to the collision, at the time of impact, and immediately after collision.

14.    State fully, specifically, and in chronological detail each and every action taken by the operator of the vehicle owned or operated by this Defendant at the time of the collision made the basis of this suit during the last 300 feet of said vehicle's approach to the point of said collision.

15.     If you applied the brakes prior to the collision, state in your best judgment the speed in miles per hour your vehicle was traveling at the time you applied the brakes, and the number of feet your vehicle traveled from the moment the brakes were applied until the collision occurred.

16.     State the location and position of any other vehicle at or near the scene of the collision at the time of or immediately prior to said collision.

17.     Describe in detail any statements you made in the presence of the Plaintiff or other witnesses at the scene following the occurrence of the said collision.

18.     Describe in detail any statement made in your presence by the Plaintiff following the occurrence made the basis of the suit.

19.     At the time of the collision in question, identify and describe any policies of insurance under which the vehicle you were operating or which you owned was insured regarding any claims resulting from collision.

20.     State the limits of each Defendant's liability insurance policies in accordance with Rule 26(b)(2) of the *Alabama Rules of Civil Procedure*; and state and list any excess and umbrella insurance policies applicable to this case.

21.     Identify any other individual, entity or entities other than the named Defendant(s) in this cause, which may be liable or responsible for the collision made the basis of this suit.

22.     Please state the name and address of each person from whom a statement has been obtained by this Defendant or on behalf of this Defendant.

23.     State the full name and address of every witness known to you or to your attorney, giving the street, street number, city and state, and who has any knowledge regarding the facts and circumstances surrounding the happenings of the incident referred to and, in the complaint, including, but not limited to, eyewitnesses to such event.

24.     If this Defendant or anyone on behalf of this Defendant has or knows of any photographs or motion pictures of the persons, places or things involved in the occurrence made the basis of this lawsuit (including the scene of said occurrence), describe each by subject matter, date taken, and the name and address of each such person who has possession, custody or control of such photograph or motion picture, or copies of same.

25.     State the name and address of each and every insurance carrier, and describe the type of insurance coverage or protection, including all excess coverage and/or umbrella type policies, which insured this defendant against risks or losses on the date of the occurrence made the basis of this lawsuit and prior thereto, which may provide coverage in the event of a judgment in this case.

26.     State the full name and address of each witness that you expect to call at the trial of this case.

27.     Please state the name and address of each expert witness that you expect to call at the trial of this case and state the subject matter on which said experts are expected to testify.

28.     Please state the facts, opinions and conclusions to which each and every expert is expected to testify in this case.

29.     List and describe each photograph, document or item of demonstrative evidence you may or will offer as evidence at the trial of this cause, including:
   a. A complete description of each photograph, document or items of demonstrative evidence;
   b. The name, employer, job title, business and residence address of each person through whom such photograph, other document and/or item of demonstrative evidence may or shall be offered as evidence.

30.     List and produce copies of any and all articles, or authoritative materials, statutes, ordinances or codes that the Defendant intends to use or present at the trial of this case.

31.     Please state the telephone number, service provider, name on the telephone contract of any and all cellular phone possessed, used or owned at the time of the collision made the subject of this action?

/s/ Anthony Ifediba
Anthony Ifediba (IFE-001)
Attorney for the Plaintiff

OF COUNSEL:
Ifediba Law Group, LLC.
1220 16th Street South
Birmingham, AL 35205
PH: (205) 933-1515
FAX: (205) 933-5959

**TO BE SERVED ALONG WITH SUMMONS & COMPLAINT**

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-901159.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**RACHEL KELLI WASHINGTON ET AL V. BRUSSELL PAUL WILLIAM ET AL**

**NOTICE TO:** BRUSSELL PAUL WILLIAM, 10887 HIGHWAY 494, MERIDIAN, MS 39305

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ANTHONY CHUMA IFEDIBA                                                                        ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1220 16TH STREET SOUTH, BIRMINGHAM, AL 35205                          .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RACHEL KELLI WASHINGTON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 04/20/2022 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ ANTHONY CHUMA IFEDIBA

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                        .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                        County,

*(Name of Person Served)*          *(Name of County)*

Alabama on                              .

*(Date)*

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2022-901159.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### RACHEL KELLI WASHINGTON ET AL V. BRUSSELL PAUL WILLIAM ET AL

**NOTICE TO:**  MK TRUCKING, INC., 517 W. NORTH STREET, SUITE C, PASS CHRISTIAN, MS 39571

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ANTHONY CHUMA IFEDIBA                                                                    ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1220 16TH STREET SOUTH, BIRMINGHAM, AL 35205                    .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RACHEL KELLI WASHINGTON

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 04/20/2022 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ ANTHONY CHUMA IFEDIBA

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                        .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                                  County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on                              .

*(Date)*

*(Address of Server)*

*(Type of Process Server)*          *(Server's Signature)*

*(Server's Printed Name)*          *(Phone Number of Server)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
RACHEL KELLI WASHINGTON ET AL V. BRUSSELL PAUL WILLIAM ET AL

01-CV-2022-901159.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $17.12

Parties to be served by Certified Mail - Return Receipt Requested

BRUSSELL PAUL WILLIAM                                    Postage: $8.56
10887 HIGHWAY 494
MERIDIAN, MS 39305

MK TRUCKING, INC.                                        Postage: $8.56
517 W. NORTH STREET,
SUITE C
PASS CHRISTIAN, MS 39571

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRUSSELL PAUL WILLIAM

10887 HIGHWAY 494
MERIDIAN, MS 39305

9590 9402 7107 1251 0781 82

2. Article Number *(Transfer from service label)*

7021 1970 0001 4339 3235

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

*SlC*

CV-22-901154

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



7021 1970 0001 4339 3235

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)*        $
☐ Return Receipt *(electronic)*      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark
Here

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MK TRUCKING, INC.

517 W. NORTH STREET,
SUITE C

PASS CHRISTIAN, MS 39571

9590 9402 7107 1251 0781 75

7021 1970 0001 4339 3242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

S/C      D2

CV-22-901154

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ all
☐ all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

7021 1970 0001 4339 3242

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

**COMPLETE THIS SECTION ON DELIVERY**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

4-20-21

1. Article Addressed to:

BRUSSELL PAUL WILLIAM

10887 HIGHWAY 494

MERIDIAN, MS 39305

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

S/C

CV-22-901159

9590 9402 7107 1251 0781 82



2. Article Number (Transfer from service label)

7021 1970 0001 4339 3235

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**

**First-Class Mail**
**Postage & Fees Paid**
**USPS**
**Permit No. G-10**

9590 9402 7107 1251 0781 82

**United States**
**Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAY 02 2022
JACQUELINE ANDERSON SMITH
CLERK.

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

JACQUELINE ANDERSON SMITH, CLERK
CIRCUIT COURT OF JEFFERSON COUNTY
CIVIL DIVISION-ROOM 400
716 RICHARD ARRINGTON JR. BLVD NORTH
BIRMINGHAM, ALABAMA 35203

To: MK TRUCKIN
517 W. NORT
SUITE C
PASS CHRIS

-R-T-S-   39571401J-1N      05/20/22

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

CERTIFIED MAIL

FILED IN OFFICE
MAY 25 2022
ARCUIT CIVIL DIVISION
JACQUELINE ANDERSON
CLERK

7021 1970 0001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MK TRUCKING, INC.

517 W. NORTH STREET,

SUITE C

PASS CHRISTIAN, MS 39571

9590 9402 7107 1251 0781 75

2. Article Number (Transfer from service label)

7021 1970 0001 4339 3242

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

$/L$   $b2$

$(V - 22 - 901159$

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ELECTRONICALLY FILED
6/15/2022 9:08 AM
01-CV-2022-901159.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

RACHEL KELLI WASHINGTON, )
JAMES PRATER, III, as )
Guardian and Next Friend of )
J.P. IV, a minor child, )
           )
    Plaintiffs, )    **CASE NO.: 01-CV-2022-901159**
           )
v. )
           )
PAUL WILILAM RUSSELL, )
UNLIMITED DELIVERIES, LLC )
d/b/a MK-TRUCKING, )
           )
    Defendants. )

## <u>NOTICE OF APPEARANCE</u>

COMES NOW Jonathan K. Corley of the law firm Whittelsey & Corley, LLC, and hereby enters his Notice of Appearance as counsel of record for Defendant, Paul William Russell.

Respectfully submitted this the 15th day of June 2022.

          */s/ Jonathan K. Corley*
          Attorney for Paul William Russell

**OF COUNSEL:**
Jonathan K. Corley (COR049)
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803–0106
T: (334) 745–7766
F: (334) 745-7766
E: jcorley@wwp-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of June 2022, I have electronically filed the foregoing document with the Clerk of the Court using the Ala-File system, which will provide notice to the following counsel of record via email:

Anthony C. Ifediba
IFEDIBA LAW GROUP, LLC
1220 16th Street South
Birmingham, Alabama 35205
PH:   (205) 933-1515
FAX: (205) 933-5959
E-mail: aifediba@ifedibalaw.com

/s/ Jonathan K. Corley
Jonathan K. Corley

ELECTRONICALLY FILED
6/17/2022 3:32 PM
01-CV-2022-901159.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| **RACHEL KELLI WASHINGTON,** | ) | |
| **JAMES PRATER, III, as** | ) | |
| **Guardian and Next Friend of** | ) | |
| **J.P. IV, a minor child,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No.: CV-2022-901159** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PAUL WILILAM RUSSELL,** | ) | |
| **UNLIMITED DELIVERIES, LLC** | ) | |
| **d/b/a MK-TRUCKING,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**
**AND NOTICE OF ACCEPTANCE OF SERVICE**

Jonathan K. Corley of the law firm Whittelsey & Corley, LLC, files his notice of appearance as counsel of record for Defendant, Unlimited Deliveries, LLC d/b/a MK Trucking ("Unlimited"), who is incorrectly designated in the Complaint as "MK Trucking, Inc." Furthermore, on today's date the undersigned accepts service of the Complaint on behalf of Unlimited.

Respectfully submitted this the 17th day of June 2022.


_/s/ Jonathan K. Corley_____
One of the Attorneys for Defendants

**OF COUNSEL:**
Jonathan K. Corley (COR049)
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803–0106
Tel.:   (334) 745–7766
Fax:   (334) 745-7666
E-mail:jcorley@wwp-law.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this the 17th day of June 2022, I served the foregoing by electronically filing the same through the Ala-File electronic filing system that will provide a copy to counsel of record:

Anthony C. Ifediba
IFEDIBA LAW GROUP, LLC
1220 16th Street South
Birmingham, Alabama 35205
aifediba@ifedibalaw.com

/s/ Jonathan K. Corley
Jonathan K. Corley

ELECTRONICALLY FILED
6/20/2022 8:33 AM
01-CV-2022-901159.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| RACHEL KELLI WASHINGTON, | ) |
| JAMES  PRATER III and | ) |
| JAMES PRATER IV, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:     CV-2022-901159.00 |
| | ) |
| BRUSSELL PAUL WILLIAM and | ) |
| MK TRUCKING, INC., | ) |
| Defendants. | ) |

## HIPAA ORDER

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including information relative to payment for the provision of medical care to any Individual who is a party to this case, or of any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee. This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, the sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.    This Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the direction of the psychotherapist, including members of the patient's family.  Nothing in this

Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than an agent or employee of the attorney or party.  This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request of an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 20th day of June, 2022.**

**/s/ JIM HUGHEY III**
**CIRCUIT JUDGE**

ELECTRONICALLY FILED
6/20/2022 8:38 AM
01-CV-2022-901159.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE N THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

RACHEL KELLI WASHINGTON,   )
JAMES  PRATER III and   )
JAMES PRATER IV,   )
Plaintiffs,   )
   )
V.   ) Case No.:   CV-2022-901159.00
   )
BRUSSELL PAUL WILLIAM and   )
MK TRUCKING, INC.,   )
Defendants.   )

**ORDER SETTING INITIAL STATUS AND**
**SCHEDULING TELECONFERENCE**

This case is hereby set on the Standard Track.  The Court will hold an initial
**Status and Scheduling Teleconference** on **Thursday, July 21, 2022 at 9:15 a.m.**
To participate in the conference, parties/counsel should:

    1) dial: **(205) 325-5055**

    2) enter meeting number: **0350#**

    3) enter pin:  **120720#**

**DONE this 20th day of June, 2022.**

                    **/s/ JIM HUGHEY III**
                    **CIRCUIT JUDGE**